

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00111-CV

| | | |
|---|---|---|
| John Espinoza | § | From the 352nd District Court |
| v. | § | of Tarrant County (352-254339-11) |
| Wells Fargo Bank, N.A., D/B/A Wells Fargo Dealer Services F/K/A Wells Fargo Dealer Services, Inc., F/K/A Wachovia Dealer Services, Inc., and F/K/A WFS Financial Inc. | § | November 14, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant John Espinoza shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston